

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 12-cr-10166- |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| MICHAEL SPAGNOLO | ) | 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms and Ammunition; 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute Controlled Substance |

COUNT ONE:     (18 U.S.C. § 922(g)(1) -- Felon in Possession of
               a Firearm and Ammunition)

The Grand Jury charges that:

On or about April 19, 2011, in Lawrence and elsewhere, in the District of Massachusetts,

**MICHAEL SPAGNOLO,**

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a FEG Hungary, Model 2000M assault rifle, bearing serial number EM7781H; and twenty (20) rounds of 7.62x39mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

1

**COUNT TWO:**     **(21 U.S.C. §§ 846 and 841(a)(1) -- Conspiracy to Distribute Benzylpiperazine)**

The Grand Jury charges that:

Beginning at a date unknown to the Grand Jury, and continuing up to on or about April 19, 2011, in Lawrence and elsewhere, in the District of Massachusetts,

**MICHAEL SPAGNOLO,**

the defendant herein, did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury, to distribute Benzylpiperazine, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**COUNT THREE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms and Ammunition)

The Grand Jury charges that:

On or about April 27, 2011, in Lawrence and elsewhere, in the District of Massachusetts,

**MICHAEL SPAGNOLO,**

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Springfield Armory (HS Metal), XD-9, 9mm pistol, bearing serial number US153634; a Lorcin, L380, .380 caliber pistol, bearing serial number 349139; and seventeen (17) rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**COUNT FOUR:**       (18 U.S.C. § 922(g)(1) -- Felon in Possession of
                      a Firearm)

The Grand Jury charges that:

On or about May 11, 2011, in Malden and elsewhere, in the District of Massachusetts,

**MICHAEL SPAGNOLO,**

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Hi-Point, C9, 9mm pistol, bearing serial number P126091.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**COUNT FIVE:**     (18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms)

The Grand Jury charges that:

On or about July 1, 2011, in Malden and elsewhere, in the District of Massachusetts,

**MICHAEL SPAGNOLO,**

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a HiPoint, C9, 9mm pistol, bearing serial number P1594851; and a HiPoint, CF380, .380 caliber pistol, bearing serial number P8045841.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**FORFEITURE ALLEGATION**: **21 U.S.C. § 853 Forfeiture Allegation**

1. Upon conviction of the offense in violation of Title 21, United States Code, Sections 846 and 841(a)(1) as alleged in Count Two of this Indictment, the defendant,

**MICHAEL SPAGNOLO,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, jointly and severally, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, the offense, including, but not limited to: a 2005 black Mercedes S500, with Massachusetts Registration 987FF2 and VIN # WDBNG84J15A443969.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
MICHAEL J. CROWLEY
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS;    June 6, 2012

Returned into the District Court by the Grand Jurors and filed.

_____  6/6/2012
Deputy Clerk
@ 11:45 Am