AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

*SEALED*

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12-CR-10166- |
| MICHAEL SPAGNOLO | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **MICHAEL SPAGNOLO**                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:
Felon in Possession of Firearms and Ammunition in violation of Title 18, United States Code, Section 922(g)(1) and
Conspiracy to Distribute BZP in violation of Title 21, United States Code, Sections 846 and 841(a)(1)

Date: 6-6-12

*Issuing officer's signature*

City and state: Boston MA 02210

Theresa Gatino, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____          _____
                                                                    *Arresting officer's signature*

                                                                    _____
                                                                    *Printed name and title*