UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> MICHAEL SPAGNOLO | ) </br> ) </br> ) Case Number: 12cr10166-JLT </br> ) </br> ) </br> ) </br> ) |

## MOTION TO UNSEAL

The United States of America respectfully moves the Court to unseal the Indictment and arrest warrant in the above-referenced case. In this regard, the defendant has been arrested on state charges, and is pending trial. A detainer, based upon this federal case, has been placed upon the defendant. As a result, the matter need no longer be under seal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Michael J. Crowley
MICHAEL J. CROWLEY
Assistant U.S. Attorney

MOTION ALLOWED

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

JUL 1 5 2013